# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMEECH RAWLS, | ) | |
| | ) | Civil Action No. 16 – 1438 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pup Lenihan |
| | ) | |
| MR. GIBBS, MICHAEL GUYTON, ROBERT D. GILMORE, MR. CUMBERLEDGE, and CAPTAIN DURCO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## **MEMORANDUM ORDER**

On February 23, 2017, the Defendants in this case filed a Motion to Dismiss (ECF No. 19), and the Court ordered Plaintiff to either respond to the Motion or file an Amended Complaint by March 17, 2017, (ECF No. 21). As of June 2, 2017, no response had been received. The Court then entered an Order to Show Cause why this case should not be dismissed for failure to prosecute. (ECF No. 25.) Plaintiff was ordered to respond to the Show Cause Order no later than June 23, 2017. As of today, no response has been received. The Court therefore assumes that Plaintiff wishes to abandon this action. Accordingly, this 29h day of June 2017,

**IT IS HEREBY ORDERED** that Plaintiff Complaint (ECF No. 7) is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is dismissed as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Sameech Rawls
JP-3087
SCI Greene
175 Progress Drive
Waynesburg, PA 15370-8089

Counsel for Defendants
(*Via CM/ECF electronic mail*)